**Larry Dannelle SAMPSON, Jr., Plaintiff–Appellant,**

**v.**

**Samuel B. GLOVER, Department of Probation, Parole and Pardon Services, Defendant–Appellee.**

**No. 09–6124.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 23, 2009.

Larry Dannelle Sampson, Jr., Appellant Pro Se.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Dannelle Sampson, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sampson v. Glover,* No. 0:08–cv–03623–DCN (D.S.C. Dec. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*